IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EDWARD JARRELL,         )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                         )<br>                               )<br>SHERIFF DONALD VALENZA and    )<br>JASON SMOKE,                  )<br>                               )<br>    Defendants.               ) | CIVIL ACTION NO.<br>  1:16cv188-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about an ongoing lack of medical treatment for injuries suffered during arrest. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Houston County Jail be dismissed because the jail is not subject to suit. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2016.

                                                 /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**