IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GEORGE EDWARD JARRELL,        )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        1:16cv188-MHT
                              )             (WO)
SHERIFF DONALD VALENZA and    )
JASON SMOKE,                  )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(2) Plaintiff's claims against defendant Houston County Jail are dismissed with prejudice, with no costs taxed, and defendant Houston County Jail is terminated as a party to this action.

**This case is not closed, and is referred back to the magistrate judge for further proceedings.**

**DONE, this the 13th day of July, 2016.**

                                   **/s/ Myron H. Thompson**
                             **UNITED STATES DISTRICT JUDGE**