IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EDWARD JARRELL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:16-CV-188-ECM |
| | ) (WO) |
| SHERIFF DONALD VALENZA, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On August 17, 2018, the Magistrate Judge entered a Recommendation (doc. # 27) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. Costs are taxed against the plaintiff.

A separate Final Judgment will be entered in accordance with this order.

Done this the 17th day of September, 2018.

      /s/Emily C. Marks
      EMILY C. MARKS
      UNITED STATES DISTRICT JUDGE